CYNTHIA PICON, Appellant, *v.* EDWIN E. RYON, Respondent.

No. 14516

November 14, 1983                    671 P.2d 1133

Robert C. Bell, Reno, for Appellant.

C. Frederick Pinkerton, Reno, for Respondent.

## OPINION

*Per Curiam:*

This is an appeal from a judgment dismissing appellant's complaint as a discovery sanction. Appellant contends that the sanction of dismissal is available only where a party willfully fails to comply with discovery orders. Consequently, appellant contends that the lower court erred in dismissing her complaint

---

[2]To the extent that Taylor v. Warden, 96 Nev. 272, 607 P.2d 587 (1980), may be inconsistent, it is overruled.

where the lower court made no finding that appellant's failure to provide discovery was willful.

The lower court found that appellant's failure to provide discovery information was unexplained and unwarranted. Appellant's unresponsive conduct halted the normal adversarial process. Appellant did not establish that her failure to provide discovery was accidental or involuntary. In such circumstances appellant's conduct was sufficiently willful so as to warrant the sanction of dismissal. *See* Skeen v. Valley Bank of Nevada, 89 Nev. 301, 511 P.2d 1053 (1973); U.S. Merchandise Mart, Inc. v. D & H Dist. Co. 279 A.2d 511 (D.C. 1971).

Affirmed.